W. A. BROCKHURST COMPANY, INC., Respondent, *v.* THE CITY OF YONKERS et al., Appellants, and THOMAS McVICAR et al., Respondents, Impleaded with Another.

(Submitted May 25, 1936; decided June 2, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 270 N. Y. 459.)